| Date | Pleading Number | |
|---|---|---|
| 12/18/75 | | ORDER TO SHOW CAUSE -- Civil Actions No. A-1 through A-6 as to why actions should not be transferred to a single district under §1407.  Notified counsel, involved judges |
| 1/6/76 | | REQUESTS FOR EXTENSIONS TO FILE -- Eli Lilly and Co., Edith Levine GRANTED TO JAN. 12, 1976 TO ALL |
| 1/8/76 | | ORDER TO SHOW CAUSE AMENDED TO ADD B-1 through B-7.  Notified counsel involved judges |
| 1/9/76 | | APPEARANCES -- L. D. Bauer for Eli Lilly & Co.<br>D. B. Cotter for pltfs. Savich & Keil (A-5 & A-6)<br>H. W. Katz for pltf. Levine (A-2)<br>A. S. Julien for pltf. Newman (A-1) |
| 1/12/75 | 1 | RESPONSE -- DEBORAH J. NEWMAN ~~w/××××××××××××××××~~ |
| 1/15/76 | 2 | RESPONSE -- ROBERTA GREENBERGER  w/cert. of service |
| 1/19/76 | | APPEARANCES --  A. P. Zabin for Pltf. Roberta & William Greenberger (B-6)<br>J. T. Dolan for Pltf. Joanne (Smith) Skjonsberg (B-7)<br>H. Dym for The Upjohn Company<br>Reibel, Isaac, Tannenbaum & Epstein for E.R. Squibb & Son<br>M. J. Bromberg for McNeil Laboratories<br>A. E. Grashof for Rexall Drug Co.<br>Morgan, Melhuish, Monaghan & Spielvogel for Ciba-Geigy Corp. and Reed & Carnrick<br>J. E. Keefe for Muhlenberg Hospital<br>H. L. Moore for Abbott Laboratories<br>Braff, Litvak, Ertag, Wortmann & Harris for Burroughs Wellcome Co.<br>J. J. O'Donnell for William H. Rorer, Inc.<br>E. K. Kline, Jr. for Vale Chemical Co., Inc. |
| 1/19/76 | 3 | RESPONSE -- KAREN KEIL AND SUZANNE SAVICH w/o cert. of service |
| 1/20/76 | | Beverly Ann Gray v. Th U. S. A., S.D.Texas, 74-H-1140<br>ORDER OF DISMISSAL FROM S.D.TEXAS SIGN J.Hannay<br>ORDER -- DELETING ACTION FROM SCO 12/18/75 Notified counsel, involved judge |
| 1/20/76 | | AMENDMENT TO SHOW CAUSE ORDER TO ADD FOLLOWING ACTION:<br>Robin Reynolds v. Eli Lilly Co., et al., W.D. Wash 75-847M<br>Notified counsel, involved judges |
| 1/21/76 | 4 | RESPONSE -- MUHLENBERG HOSP. w/cert. of service |
| 1/21/76 | 5 | RESPONSE -- GERALDINE ANN FULLER, LINDA MERAL AND ~~FREANCES ELLEN~~ ROSS w/cert. of service |
| 1/22/76 | 6 | RESPONSE -- REED & CARNICK w/cert. of service |
| 1/23/76 | 7 | RESPONSE -- UPJOHN CO. w/cert. of service |
| 1/23/76 | 8 | RESPONSE -- ABBPTT :ABPRATPROES w/cert.of service |
| 1/23/76 | 9 | RESPONSE  -- ELI LILLY & CO.w/cert/of service |
| 1/23/76 | 10 | RESPONSE -- CIBA-GEIGHY CORP. w/cert. of service |
| 1/23/76 | 11 | RESPONSE -- MCNEIL LABORATORIES, INC. w/cert. of service |
| 1/23/76 | | REQUEST FOR EXTENSION -- ~~XXXXXXXXXXXXXX~~ MERCK SHARP & DOHME CORP. GRANTED TO 1/29/76 |
| ~~XXXXXXXXXXXXX~~ | | ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ |
| 1/26/76 | | APPEARANCE -- Thamos F. Campion for MERCK, SHARP & DOHME<br>Gordon R. Tobin for Robin A. Reynolds, et ux<br>Robert F. Stein for Beverly Ann Gray |
| 1/26/76 | | AMENDEMNT TO SHOW CAUSE ORDER to add the Beverly Gray v. U.S.A., S.D. TEX., C.A. No. 74-H-1392 and correcting Civil Action No. on Reynolds action toe read 75-874M |

— 2 —

| Date | Pleading Number | |
|---|---|---|
| 1/26/76 | 12 | RESPONSE -- Benna H. Katz w/cert. of service |
| 1/26/76 | 13 | RESPONSE -- JOANNE (SMITH) SKJONSBERG w/cert. of service |
| 1/26/76 | 14 | RESPONSE -- EDITH LEVINE AND GEORGE LEVINE w/cert. of service |
| 1/30/76 | | HEARING ORDER -- Setting A-1 through C-2 FOR HEARING -- San Diego California, February 27, 1976 |
| 1/29/76 | 15 | RESPONSE -- MERCK SHARP & DOHME w/cert. of service |
| 1/30/76 | 16 | RESPONSE -- E. R. SQUIBB & SONS, INC. |
| 2/2/76 | 17 | RESPONSE -- BEVERLY ANN GRAY w/cert of service |
| 2/2/76 | 18 | RESPONSE -- REXALL DRUG CO. w/cert. of service |
| 2/3/76 | 19 | RESPONSE -- LAKESIDE LABORATORIES w/cert. of service |
| 2/4/76 | | APPEARANCE -- Eugene M. Purcell, Esquire for BREON LABORATORIES, INC. |
| 2/4/76 | 20 | LETTER RESPONSE -- BREON LABORATORIES w/service |
| 2/4/76 | 21 | RESPONSE -- BURROUGHS WELLCOME CO. w/cert. of service |
| 2/5/76 | | APPEARANCES -- JAMES P. KLAPPS, for U.S.A. JAMES A. MARKLE FOR SCHERING CORP. |
| 2/6/76 | 22 | RESPONSE -- U.S.A. w/cert. of service |
| 2/19/76 | 23 | RESPONSE -- SCHERING CORP. w/cert. of service |
| 2/23/76 | 24 | RESPONSE -SUPPLEMENTAL -- USA w/cert. of service |
| 2/23/76 | | WAIVER OF ORAL ARGUMENT (2/27/76 HEARING) CIBA-GEIHY CORP.; UPJOHN CO.; MUHLENBERG HOSP.; BURROUGHS WELLCOME CO. ROBIN LEVINE; MCNEIL LABORATORIES; BEVERLY ANN GRAY; ROBERTA GREENBERGER, ETC.; XXXXXSCRTTXEXXERXXKRAMXXXXX AND ELVA SCOTT BELLER; JOAN MABLE ROSE |
| 2/25/76 | 25 | RESPONSE -- ABBOTT LABORATORIES w/cert. of service |
| 2/25/76 | 26 | RESPONSE -- BREON LABORATORIES w/cert. of service |
| 2/26/76 | | WAIVER OF ORAL ARGUMENT -- MERCK, SHARP & DOHME CORP. |
| 3/9/76 | | APPEARANCE -- ROWELL LABORATORIES -- Robert L. Israel |
| 5/21/76 | | ORDER -- DENYING TRANSFER OF LITIGATION |

## Description of Litigation

### IN RE "DIETHYSTILBESTROL" PRODUCT LIABILITY LITIGATION

**Summary of Panel Action**

Date(s) of Hearing(s) 3/27/76

Date(s) of Opinion(s) or Order(s) MO 5/21/76

Consolidation Ordered ____    Name of Transferee Judge ____

Consolidation Denied  xx     Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Deborah J. Newman et al. v. Eli Lilly & Co. | E.D.N.Y. Neaher | 75C 728 | | | | |
| A-2 | Edith Levine, et al. v. Eli Lilly & Co. | E.D.N.Y. Barillo | 73C 672 | | | | |
| A-3 | Frances Ellen Ross v. Eli Lilly & Co., et al. | E.D.Mich. Feikens | 74-72166 | | | | |
| A-4 | Linda Meral v. Eli Lilly & Co. | E.D.Mich. Keith | 74-72167 | | | | |
| A-5 | Suzanne Savich v. Eli Lilly & Co. | E.D.Mich. Roberts /Keith/ | 75-70998 | | | | |
| A-6 | Karen M. Keil v. Eli Lilly & Co. | E.D.Mich. Joiner | 75-70997 | | | | |
| B-1 | Deborah M. Thomas v. Eli Lilly & Co., et al. | E.D.Mich. Gubow | 74-71869 | | | | |
| B-2 | Geraldine Ann Fuller v. Eli Lilly & Co. | E.D. Mich. Churchill | 74-71649 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 | Hillary Burg, etc. v. Eli Lilly & Co. | E.D.Mich. GADOW | 74-71778 | | | | |
| B-4 | Beverly Ann Gray v. The United States of America, et al. | S.D.Texas HANNAY | 74-H-1140 | | | | dismissed SCO 1/20/76 |
| B-5 | Benna H. Katz v. Eli Lilly & Co. | E.D.N.Y. WEAHER | 75C 1244 | | | | |
| B-6 | Roberta Greenberger v. Eli Lilly & Co. | Mass. MURPHY | 75-3312-M | | | | |
| B-7 | Joanne (Smith) Skjonsberg, et al. v. The Upjohn Co., et al. | N.J. STERN | 75-1770 | | | | |
| C-1 | Robin A. Reynolds, et ux. v. Eli Lilly Co., et al. | W.D.Wash McGovern | 75-874M | | | | |
| C-2 | Beverly Ann Gray v. The United States of America, et al. | S.D.Texas Seals | 74-H-1392 | | | | |
| | Catherine Frodesen v. Eli Lilly Co., et al. | W.D.Wash | C76-396M | | | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 241 -- IN RE "DIETHYSTILBESTROL" PRODUCT LIABILITY LITIGATION

| Plaintiff | Defendant |
|---|---|
| DEBORAH J. NEWMAN (A-1)<br>Alfred S. Julien, Esquire<br>Julien & Schlesinger<br>2 Lafayette Street<br>New York, New York  10007 | ELI LILLY & CO.<br>Lane D. Bauer, Esquire<br>Shook, Hardy & Bacon<br>915 Grand Avenue<br>Kansas City, Missouri  64106 |
| EDITH LEVINE, ET AL. (A-2)<br>Herbert W. Katz, Esquire<br>Katz, Shandell, Katz, Erasmous &<br>  Marie M. Lambert<br>135 William St., Rm. 600<br>New York, New York  10038 | THE UPJOHN COMPANY<br>Herbert Dym, Esquire<br>Covington & Burling<br>888 Sixteenth St., N.W.<br>Washington, D.C.  20006 |
| FRANCES ELLEN ROSS (A-3)<br>LINDA MERAL (A-4)<br>Dennis A. Ross, Esquire<br>Gittleman, Paskel, Tashman, Thoms & Ross<br>2400 David Stott Building<br>Detroit, Michigan  48226 | E. R. SQUIBB & SONS, INC.<br>Reibel, Isaac, Tannenbaum & Epstein<br>1143 East Jersey St.<br>Elizabeth, New Jersey  07201<br><br>LAKESIDE LABORATORIES, INC.<br>Robert F. Colquhoun, Esquire<br>25 Lackawanna Place<br>Bloomfield, New Jersey  07003 |
| SUZANNE SAVICH (A-5)<br>KAREN M. KEIL (A-6)<br>Dennis B. Cotter, Esquire<br>3408 Guardian Building<br>Detroit, Michigan  48226 | McNEIL  LABORATORIES<br>Myron J. Bromberg, Esquire<br>Porzio, Bromberg & Newman<br>One Washington Street<br>Morristown, New Jersey  07960 |
| DEBORAH M. THOMAS (B-1)<br>HILLARY BURG, ETC. (B-3)<br>Albert Lopatin, Esquire<br>Lopatin, Miller, Bindes & Freedman<br>547 E. Jefferson Avenue<br>Detroit, Michigan  48226 | REXALL DRUG COMPANY<br>A. Edward Grashof, Esquire<br>Winthrop, Stimson, Putnam & Roberts<br>40 Wall Street<br>New York, New York  10005 |
| GERALDINE ANN FULLER (B-2)<br>L. S. Charfoos, Esquire<br>939 First National Building<br>Detroit, Michigan  48226 | MERCK, SHARP & DOHME (I.A.) CORP.<br>  Thomas F. Campion, Esquire<br>  Shanley & Fisher<br>  570 Borad Street<br>  Newark, New Jersey  07102 |

| Plaintiff | Defendant |
|---|---|
| BENNA H. KATZ (B-5)<br>Singer and Block<br>26 Court Street<br>Brooklyn, New York 11242 | REED & CARNRICK<br>CIBA-GEIGY CORPORATION<br>Morgan, Melhuish, Monaghan & Spielvogel<br>301 South Livingston Avenue<br>Livingston, New Jersey 07039 |
| ROBERT GREENBERGER (B-6)<br>Albert P. Zabin, Esquire<br>Schneider, Reilly, Zabin & Connolly<br>One Center Plaza, Suite 710<br>Boston, Massachusetts 02108 | WARREN-TEEN PHARMACEUTICALS, INC.<br>McElroy, Connell, Foley & Geiser<br>Gateway 1<br>Newark, New Jersey 07102 |
| JOANNE (SMITH) SKJONSBERG, ET AL.(B-7)<br>John T. Dolan, Esquire<br>Crummy, Del Deo, Dolan & Purcell<br>Gateway 1<br>Newark, New Jersey 07102 | MUHLENBERG HOSPITAL<br>John E. Keefe, Esquire<br>Cohen, Hoagland, Keefe & Oropollo<br>96 Bayard Street<br>New Brunswick, New Jersey 08903 |
| ROBIN A. REYNOLDS, ET UX. (C-1)<br>Gordon R. Tobin, Esquire<br>Bianchi, Tobin & Rinaldi<br>410 Norton Building<br>Seattle, Washington 98104 | ABBOTT LABORATORIES<br>Hugh L. Moore, Esquire<br>Lord, Bissell & Brook<br>135 South LaSalle Street<br>Chicago, Illinois 60603 |
| BARBARA ANN GRAY<br>Robert F. Stein, Esquire<br>Jamail & Gano<br>3300 One Allen Center Building<br>Houston, Texas 77002 | BURROUGHS WELLCOME & CO.<br>Braff, Litvak, Ertag, Wortmann & Harris<br>85 South Harrison Street<br>East Orange, New Jersey 07018 |
| | BREON LABORATORIES, INC.<br>Duane Tewell, Esquire<br>Elvidge, Veblen, Tewell,<br>  Bergmann & Taylor<br>1710 Pacivic Building<br>Third Avenue & Columbia Street<br>Seattle, Washington 98104 |
| | WILLIAM H. RORER, INC.<br>John J. O'Donnell, Esquire<br>O'Donnell, Leary & D'Ambrosio<br>10 Park Place<br>Morristown, New Jersey 07960 |
| | VALE CHEMICAL CO., INC.<br>Edwin K. Kline, Jr., Esquire<br>Kline and Kline<br>517 Hamilton Street<br>Allentown, Pennsylvania 18101 |

p. \_\_\_\_\_

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 241 -- _____

| Plaintiff | Defendant |
|---|---|
| | SCHERING CORPORATION<br>WHITE LABORATORIES, INC.<br>SCHERING-PLOUGH CORPORATION<br>James A. Markle, Esquire<br>Markle & Markle<br>1030 Buhl Building<br>Detroit, Michigan 48226<br><br>UNITED STATES OF AMERICA<br>James P. Klapps, Esquire<br>U. S. Department of Justice<br>Room 902, Safeway Bldg.<br>Civil Division, Torts Section<br>Washington, D.C. 20530<br><br>ROWELL LABORATORIES<br>Robert L. Israel, Esquire<br>Lane, Powell, Moss & Miller<br>1700 Washington Building<br>Seattle, Washington 98101 |