DOCKET NO. 241

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "DIETHYSTILBESTROL" PRODUCT LIABILITY LITIGATION

MAY 21 1975

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER VACATING
SHOW CAUSE ORDER

     It appearing that all responding parties except one [1] oppose transfer of these actions pursuant to 28 U.S.C. §1407, and the Panel having found, on the basis of the record before us, that transfer at this time would not necessarily serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

     IT IS ORDERED that the show cause order previously entered concerning the actions listed on the attached Schedule A be, and the same hereby is, VACATED, without prejudice to the right of any party to move for transfer under Section 1407 at a later date if it feels future circumstances so warrant.

FOR THE PANEL:

John Minor Wisdom
Chairman

---

[1] Benna H. Katz, plaintiff in one of the New York actions, submitted a short response in favor of transfer and did not give any reasons therewith in support of her position.

### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deborah J. Newman v. Eli Lilly & Co. | Civil Action No. 75C728 |
| Edith Levine, et al. v. Eli Lilly & Co. | Civil Action No. 73C672 |
| Benna H. Katz v. Eli Lilly & Co. | Civil Action No. 75C1244 |

### EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Frances Ellen Ross v. Eli Lilly & Co., et al. | Civil Action No. 74-72166 |
| Linda Meral v. Eli Lilly & Co. | Civil Action No. 74-72167 |
| Suzanne Savich v. Eli Lilly & Co. | Civil Action No. 75-70998 |
| Karen M. Keil v. Eli Lilly & Co. | Civil Action No. 75-70997 |
| Deborah M. Thomas v. Eli Lilly & Co., et al. | Civil Action No. 74-71869 |
| Geraldine Ann Fuller v. Eli Lilly & Co. | Civil Action No. 74-71649 |
| Hillary Burg, etc. v. Eli Lilly & Co. | Civil Action No. 74-71778 |

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Roberta Greenberger v. Eli Lilly & Co. | Civil Action No. 75-3312-M |

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joanne (Smith) Skjonsberg, et al. v. The Upjohn Co., et al. | Civil Action No. 75-1770 |

### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Robin A. Reynolds, et al v. Eli Lilly Co., et al. | Civil Action No. 75-874M |

### SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Beverly Ann Gray v. The United States of America, et al. | Civil Action No. 74-H-1392 |